| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) SEYMOUR, STEPHANIE K | 2. Court or Organization U.S. COURT OF APPEALS | 3. Date of Report 4/22/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE—ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 4-562 U.S. COURTHOUSE 333 WEST FOURTH TULSA, OK 74103-3877 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (f/k/a Trust #2) |
| 2. | Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 APR 27 A 10: 45 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | self-employed - lawyer |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Former Law Clerks | Necklace and earrings | $1,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 4/22/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of Okla. Money Market | A | Interest | K | T | | | | | |
| 2. Bank of Okla. Money Market | A | Interest | J | T | | | | | |
| 3. So. Hills Ctry. Clb. stock | | None | K | U | | | | | |
| 4. F&M Bank Money Market | A | Interest | K | T | | | | | |
| 5. Condo. Tulsa. OK (purchased 11/27/1995) | | None | M | R | | | | | |
| 6. IRA. Merrill Lynch, Tulsa | B | Dividend | M | T | | | | | |
| 7. -Merrill Lynch Cash Fund | | | | | | | | | |
| 8. -Abbott Labs | | | | | | | | | |
| 9. -Hospira Inc. | | | | | Stock Div | 5/6 | J | | Abbott Labs |
| 10. | | | | | Sell | 10/8 | J | A | |
| 11. -Phoenix Engemann Sm&Mid Cap | | | | | | | | | |
| 12. Brokerage #1 | | | | | | | | | |
| 13. -M-L Cash Funds | A | Interest | J | T | | | | | |
| 14. -Del Monte Foods Co. | A | Dividend | J | T | | | | | |
| 15. -DuPont EI De Nemous | A | Dividend | K | T | | | | | |
| 16. -General Electric | A | Dividend | K | T | | | | | |
| 17. -Heinz HJ Co. | B | Dividend | K | T | | | | | |
| 18. Brokerage #2 | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 4/22/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Merrill Lynch Cash Fund | A | Interest | L | T | | | | | |
| 20. -BOK Fincl. Corp. New | | None | L | T | | | | | |
| 21. -Hewlett Packard Co. Del. | A | Dividend | K | T | | | | | |
| 22. -J P Morgan Chase & Co. | B | Dividend | K | T | | | | | |
| 23. -Kellogg Co PV 25CT | A | Dividend | J | T | Part Donate | 11/5 | K | | |
| 24. -Merck & Co. | B | Dividend | | | Sell | 11/9 | K | | |
| 25. -Microsoft Corp. | C | Dividend | K | T | | | | | |
| 26. -Pfizer Inc. Del | A | Dividend | K | T | | | | | |
| 27. -Proctor Gamble | A | Dividend | L | T | | | | | |
| 28. -Royal Dutch Pete. Eur. 56 | B | Dividend | L | T | | | | | |
| 29. -Sara Lee Corp. | A | Dividend | K | T | | | | | |
| 30. -Starbucks Corp. | | None | L | T | | | | | |
| 31. -Washington Mutual Inc. | B | Dividend | K | T | | | | | |
| 32. -Whole Foods Mkt. Inc. | A | Dividend | | | Sell | 1/7 | K | E | |
| 33. Brokerage #3 (f/k/a Brokerage #4) | | | | | | | | | See note in Part VIII |
| 34. -Merrill Lynch Cash Fund | A | Interest | J | T | | | | | |
| 35. -BOK Financial Corp. | | None | N | T | | | | | See note in Part VIII |
| 36. IRA. Merrill Lynch Capital Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes U = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash-Market
(See Column C2) W = Book Value    V = Other

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 4/22/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 1A | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Keogh Plan, Merrill Lynch, Tulsa | E | Dividend | P1 | T | | | | | |
| 38. -Merrill Lynch Cash Fund | | | | | | | | | |
| 39. -BOK Financial Corp. | | | | | | | | | |
| 40. -Bristol-Myers Squibb | | | | | | | | | |
| 41. -Conagra Foods | | | | | Buy | 8/19 | L | | |
| 42. -Exxon Mobil Corp. | | | | | Sell | 1/28 | K | D | |
| 43. -General Electric | | | | | | | | | |
| 44. -General Motors | | | | | | | | | |
| 45. -Kellogg Co. PV 25ct | | | | | | | | | |
| 46. -Leucadia | | | | | | | | | |
| 47. -Merck & Co. | | | | | Sell | 11/15 | K | | |
| 48. -Oneok Inc. | | | | | | | | | |
| 49. -Pfizer Inc. | | | | | | | | | |
| 50. -Regions Finl Corp. (f/k/a Union Planters Corp.) | | | | | | | | | |
| 51. -SBC Communications PV$1 | | | | | | | | | |
| 52. -Wms.Comm.Grp.SrRdmbleNtes | | | | | | | | | |
| 53. -Wiltel Commmtns. Inc. | | | | | | | | | |
| 54. Trust #1 (f/k/a Trust #2) | D | Int. & Div. | | | Resign | 11/15 | M | | New █████ Member Trustee |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 4/22/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. ren. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Cash Fund | | | | | | | | | |
| 56. -BOK Fincl. Corp. New | | | | | | | | | |
| 57. -Gen. Elect. Cap Corp. Bonds | | | | | | | | | |
| 58. -Gen. Elec. Cap. Corp. Notes | | | | | | | | | |
| 59. -Gold Corp. Inc. | | | | | | | | | |
| 60. -I AM Gold Corp. | | | | | | | | | |
| 61. -Wal-Mart Normal Bonds | | | | | | | | | |
| 62. -Phoenix Hollister Small | | | | | | | | | |
| 63. -Proctor & Gamble Notes | | | | | | | | | |
| 64. -Viacom Inc. Sr. Retail Deb. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Lines 33 and 35 – Former Brokerage #3 was closed. Non-cash asset (BOK Financial Corp., Line 35) was transferred to former Brokerage #4, now listed as Brokerage #3.

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 4/22/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date  4/22/00

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

CHAMBERS OF
STEPHANIE K. SEYMOUR
CHIEF JUDGE

TELEPHONE
(918) 581-7416
FAX
(918) 581-7639

April 22, 2005

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC   20544

Dear Judge Lisi:

Enclosed is my Financial Disclosure Report for calendar year 2004.  With regard to section V, Gifts, in addition to the necklace and earrings given to me in recognition of my twenty-fifth anniversary on the bench, my former law clerks donated an aggregate sum $1050 to Call Rape and Domestic Violence Intervention Services, both of Tulsa, Oklahoma, and to the Crested Butte (Colorado) Land Trust.

If you have any questions, please let me know.

Sincerely,

Stephanie K. Seymour

SKS:js
Enclosures